AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| TERESA A. HOOPER, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 7:11-CV-244-D** |
| *Commissioner of Social Security*, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 20] and DENIES the Commissioner's Motion for Judgment on the Pleadings [D.E. 23]. The case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 20, 2012,** WITH A COPY TO:

Shelly Maxwell Bao (via CM/ECF electronic notification)
Wanda D. Mason (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| December 20, 2012 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |

Page 1 of 1
Case 7:11-cv-00244-D   Document 26   Filed 12/20/12   Page 1 of 1